IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHIL-INSUL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV91 |
| | ) | |
| V. | ) | |
| | ) | |
| REWARD WALL SYSTEMS, INC., | ) | ORDER |
| BUILDBLOCK BUILDING | ) | |
| SYSTEMS, LLC, NUDURA | ) | |
| CORPORATION, POLYFORM, | ) | |
| A.G.P., Inc., and AMVIC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the unopposed motion to withdraw David A. Skeels as an attorney of record for Plaintiff (filing 145).  As Plaintiff will remain represented by Michael T. Cooke and Brett M. Pinkus, the motion will be granted.

**IT IS ORDERED:**

1. The Unopposed Motion to Withdraw as Counsel (filing 145) is granted.

2. The Clerk of Court shall terminate David A. Skeels as an attorney of record for Plaintiff and shall terminate future notices to Mr. Skeels regarding this case.

**DATED April 5, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**