IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHIL-INSUL CORP., ) | |
| ) | |
| Plaintiff, ) | 8:12CV91 |
| ) | |
| V. ) | |
| ) | |
| REWARD WALL SYSTEMS, INC., ) | ORDER |
| BUILDBLOCK BUILDING ) | |
| SYSTEMS, LLC, NUDURA ) | |
| CORPORATION, POLYFORM, ) | |
| A.G.P., Inc., and AMVIC ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on Defendants Nudura Corporation and Polyform, A.G.P., Inc.'s Unopposed Motion to Withdraw as Counsel (filing 147). The Motion will be granted.

**IT IS ORDERED:**

1. Defendants Nudura Corporation and Polyform, A.G.P., Inc.'s Unopposed Motion to Withdraw as Counsel (filing 147) is granted.

2. The Clerk of Court shall terminate the appearances of S. Calvin Capshaw, Elizabeth L. DeRieux, D. Jeffrey Rambin and the law firm of Capshaw, DeRieux, LLP as counsel of record for Defendants Nudura Corporation and Polyform, A.G.P., Inc. and shall terminate future notices to these individuals and law firm in this matter.

**DATED April 9, 2012.**

                                    **BY THE COURT:**

                                    **S/ F.A. Gossett**
                                    **United States Magistrate Judge**