IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHIL-INSUL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV91 |
| | ) | |
| V. | ) | |
| | ) | |
| REWARD WALL SYSTEMS, INC., | ) | ORDER |
| BUILDBLOCK BUILDING | ) | |
| SYSTEMS, LLC, NUDURA | ) | |
| CORPORATION, POLYFORM, | ) | |
| A.G.P., Inc., and AMVIC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

     This matter is before the court on Defendant Reward Wall Systems, Inc.'s Unopposed Motion to Withdraw as Counsel (filing 150).  The motion will be granted.

**IT IS ORDERED:**

1.     Reward Wall Systems, Inc.'s Unopposed Motion to Withdraw as Counsel (filing 150) is granted.

2.     The Clerk of Court shall terminate the appearances of J. Thad Heartfield and M. Dru Montgomery as counsel of record for Reward Wall Systems, Inc. Additionally, the Clerk of Court shall terminate future notices to J. Thad Heartfield and M. Dru Montgomery regarding this action.

**DATED April 11, 2012.**

                                                           BY THE COURT:

                                                           **S/ F.A. Gossett**
                                                           **United States Magistrate Judge**