# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHIL-INSUL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV91 |
| | ) | |
| V. | ) | |
| | ) | |
| REWARD WALL SYSTEMS, INC., | ) | ORDER |
| BUILDBLOCK BUILDING SYSTEMS, | ) | |
| LLC, NUDURA CORPORATION, | ) | |
| POLYFORM, A.G.P., Inc., and AMVIC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Defendant Reward Wall Systems, Inc's unopposed motion requesting that Andrew Gilfoil be allowed to withdraw as its counsel of record (filing 154). Upon the representation that Reward Wall will remain represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. The Unopposed Motion to Withdraw as Counsel (filing 154) is granted.

2. The Clerk of Court shall terminate the appearance of Andrew Gilfoil as counsel in this matter and, additionally, shall terminate future notices to Andrew Gilfoil in this case.

**DATED April 26, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**