IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHIL-INSUL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV91 |
| | ) | |
| V. | ) | |
| | ) | |
| REWARD WALL SYSTEMS, INC., | ) | ORDER |
| BUILDBLOCK BUILDING | ) | |
| SYSTEMS, LLC, NUDURA | ) | |
| CORPORATION, POLYFORM, | ) | |
| A.G.P., Inc., and AMVIC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

Victoria H. Buter has moved to withdraw as counsel for Defendant Reward Wall Systems, Inc. (filing 204).  Upon the representation that Reward Wall will remain represented in this matter, the motion to withdraw will be granted.

**IT IS ORDERED:**

1.  Victoria H. Buter's Motion to Withdraw as Counsel (filing 204) is granted.

2.  The Clerk of Court shall terminate the appearance of Victoria H. Buter as counsel for Defendant Reward Wall Systems, Inc. and shall terminate future notices to Victoria H. Buter in this action.

**DATED October 29, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**