IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PHIL-INSUL CORP. d/b/a INTEGRASPEC,** | ) ) ) | **CASE NO. 8:12CV91** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **RECUSAL ORDER** |
| **REWARD WALL SYSTEMS, INC., BUILDBLOCK BUILDING SYSTEMS, LLC, and AMVIC CORPORATION,** | ) ) ) ) | |
| Defendants, | ) | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned."  While the impartiality of the undersigned in all actions taken in this case up to this date would not reasonably be subject to question, disqualification from future involvement in the case is warranted under 28 U.S.C. § 455(a).  Accordingly, the undersigned Judge does recuse herself from the above-designated case.

DATED this 10th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge