IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHIL-INSUL CORP., d/b/a INTEGRASPEC, | ) ) ) | |
| Plaintiff, | ) ) | 8:12CV91 |
| vs. | ) ) | ORDER |
| REWARD WALL SYSTEMS, INC., et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court after reassignment of judges (Filing No. 229).

The June 11, 2012, Final Progression Order (Filing No. 162) remains in effect, however the undersigned magistrate judge will hold the Final Pretrial Conference, in chambers, 111 South 18th Plaza, Suite 2271, Roman L. Hruska United States Courthouse, Omaha, Nebraska, and the Honorable Joseph F. Bataillon will preside over the final *Markman* hearing and jury trial.

In any event, the undersigned magistrate judge will hold a telephone conference with counsel for the parties within ten days of the court's resolution of the defendants' motions for summary judgment (Filing Nos. 205 and 218). Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone conference.

**IT IS SO ORDERED.**

DATED this 13th day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge