# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHIL-INSUL CORP., d/b/a, INTEGRASPEC, | ) ) ) | 8:12CV91 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| REWARD WALL SYSTEMS, INC., et al., | ) ) | |
| Defendants. | ) | |

This mater is before the court following a status conference on December 21, 2012. Participating in the telephone conference were: Paul Adams and John P. Passarelli for plaintiff Phil-Insul Corp.; Michael R. Annis for defendant Reward Wall Systems, Inc.; David M. Sullivan for defendant BuildBlock Building Systems; James R. Sobieraj for defendant Amvic Corporation; and Aaron M. Johnson for defendants Nudura Corporation and Polyform, A.G.P.  Following a discussion with counsel,

**IT IS ORDERED:**

1. The deadlines in the Final Progression Order (Filing No. 162) are suspended pending the court's rulings on the Motion for Summary Judgement (Filing No. 205) and the Motion for Partial Summary Judgement (Filing No. 218).

2. Plaintiff shall have to **on or before January 18, 2013,** in which to respond to the Motion for Partial Summary Judgement (Filing No. 218).  Defendant Reward Wall Systems, Inc., shall have to **on or before January 31, 2013,** to reply.

3. Within ten (10) calendar days after the court's ruling on the pending motions for summary judgment (Filing Nos. 205 and 218), plaintiff shall arrange and initiate a telephone conference with counsel for all parties and the undersigned magistrate judge to schedule this matter for trial.

4. Any defendant seeking a determination of a Motion for Sanctions pursuant to Federal Rule of Civil Procedure 11 (Filing No. 72 transferred from the Eastern District of Texas) shall file its request **on or before December 27, 2012.**  Movants may

supplement the motion, briefing, and supporting documentation **on or before January 11, 2013.** Any response may be supplemented **on or before January 18, 2013.**

DATED this 21st day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge