IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHIL-INSUL CORP., d/b/a INTEGRASPEC<br><br>Plaintiff,<br><br>vs.<br><br>REWARD WALL SYSTEMS, INC.,<br>BUILDBLOCK BUILDING SYSTEMS, LLC,<br>NUDURA CORPORATION, POLYFORM,<br>A.G.P., Inc.; and AMVIC CORPORATION,<br><br>Defendants. | **8:12CV91**<br><br>**ORDER** |

This matter is before the Court following a mandate issued from the Federal Circuit, Filing Nos. 271, 272 and 273. Previously, this Court stayed all other claims, counterclaims, motions for attorney fees and taxation of costs. Filing No. 257. In view of the mandate, the Court hereby lifts the stay in this case.

IT IS THEREBY ORDERED that the stay in this case, Filing No. 257, is lifted.

Dated this 20th day of November, 2014

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge