

www.courtroomsciences.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19715 | 10/13/2011 | 86307 |
| **Job Date** | **Case No.** ||
| 10/5/2011 | 8:12-CV-0091-LSC-FG3 ||
| **Case Name** |||
| Phil-Insul Corp. dba Integraspec v. Reward Wall Systems, et al. |||
| **Payment Terms** |||
| Due upon receipt |||

David Sullivan
Crowe & Dunlevy, PC
20 N. Broadway, Suite 1800
Oklahoma City, OK

Videotape to Digital Conversion
Mike Garrett     347.00

**TOTAL DUE  >>>**    **$347.00**

AFTER 11/12/2011  PAY    $347.17

Call (877) 784-0004 or visit www.courtroomsciences.com to learn more about CSI's litigation services.

(-) Payments/Credits:    347.00
(+) Finance Charges/Debits:    0.17
(=) New Balance:    0.00

Phone:    Fax:

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 86307 | BU ID | : VIDEO-P |
| Case No. | : 8:12-CV-0091-LSC-FG3 | | |
| Case Name | : Phil-Insul Corp. dba Integraspec v. Reward Wall Systems, et al. | | |
| Invoice No. | : 19715 | Invoice Date | : 10/13/2011 |
| **Total Due** | **: $0.00** | | |

David Sullivan
Crowe & Dunlevy, PC
20 N. Broadway, Suite 1800
Oklahoma City, OK

Remit To:   **Professional Technologies, Inc.**
**DBA CSI Global Deposition Services**
**Accounting Dept. - 972-719-5000**
**4950 N. O'Connor Rd., Suite 152**
**Irving, TX  75062-2778**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: