

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19810 | 10/21/2011 | 86138 |
| Job Date | Case No. | |
| 10/5/2011 | 8:12-CV-0091-LSC-FG3 | |
| Case Name | | |
| Phil-Insul Corp. dba Integraspec v. Reward Wall Systems, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

David Sullivan
Crowe & Dunlevy, PC
20 N. Broadway, Suite 1800
Oklahoma City, OK

Electronic Copy of Deposition
Mike Garrett                                                                 476.80

**TOTAL DUE  >>>**                                                         **$476.80**

AFTER 11/20/2011  PAY                                                        $477.03

Call (877) 784-0004 or visit www.courtroomsciences.com to learn more about CSI's litigation services.

(-) Payments/Credits:      477.03
(+) Finance Charges/Debits:  0.00
(=) New Balance:             0.00

Phone:      Fax:

*Please detach bottom portion and return with payment.*

David Sullivan
Crowe & Dunlevy, PC
20 N. Broadway, Suite 1800
Oklahoma City, OK

| | | | | |
|---|---|---|---|---|
| Job No. | : 86138 | | BU ID | : PTI |
| Case No. | : 8:12-CV-0091-LSC-FG3 | | | |
| Case Name | : Phil-Insul Corp. dba Integraspec v. Reward Wall Systems, et al. | | | |
| Invoice No. | : 19810 | | Invoice Date | : 10/21/2011 |
| **Total Due** | **: $0.00** | | | |

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: ____
Amount to Charge: _____
Cardholder's Signature:

Remit To:   **Professional Technologies, Inc.
DBA CSI Global Deposition Services
Accounting Dept. - 972-719-5000
4950 N. O'Connor Rd., Suite 152
Irving, TX  75062-2778**